IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZOFIA LUKAWSKI, | : |
| | : |
| Plaintiff | : 3:12-CV-02082 |
| | : |
| v. | : |
| | : (JUDGE NEALON) |
| CLIENT SERVICES, INC., | : |
| | : |
| Defendant | : |

### ORDER

**AND NOW,** this 29th day of August, 2013, in accordance with the **MEMORANDUM** of the same date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion for summary judgment (Doc. 10) is **GRANTED**;

2. In accordance with the stipulation (Doc. 6), Plaintiff is awarded $1000.00, representing the maximum statutory damages available under 15 U.S.C. § 1692k(a), and the costs of the action and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3); and

3. The Clerk of Court shall **CLOSE** this action.

/s/ William J. Nealon
United States District Judge

**FILED**
**SCRANTON**

AUG 2 9 2013

PER _____
DEPUTY CLERK