# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Zofia Lukawski,<br>　　　Plaintiff<br><br>v.<br><br>Client Services, Inc.,<br>　　　Defendant | Docket 3:12-cv-02082<br><br>(JUDGE WILLIAM J. NEALON)<br><br><br>FILED ELECTRONICALLY |

### PLAINTIFF'S PETITION FOR AN AWARD OF ATTORNEY'S FEES AND COSTS PURSUANT TO 15 U.S.C. § 1692K

Plaintiff, pursuant to 15 U.S.C. § 1692k(a)(3) and this Court's Order of August 29, 2013, requests an award of fees and costs of $20,945.66. This figure represents the amount of $23,272.96 from the itemized fee statement attached to the declaration of Carlo Sabatini, less a discount of 10%. Additionally, it is estimated pursuant to Fed.R.Civ.P. 54(d)(2)(B)(iii) that an additional 10 – 30 hours of time will be spent responding to Defendant's Reply to this petition. Plaintiff also requests that this time be compensated after a supplemental statement is filed.

　　This motion should be granted for the reasons set forth in the contemporaneously filed brief and declarations of Carlo Sabatini, Patrick Walsh, William Schwab, Jason Rapa, Joseph Goldberg, and Gary Milazzo. These declarations are incorporated herein by reference.

　　　　　　　　　　　　　　　　　　　　s/ Carlo Sabatini

>Carlo Sabatini
>Sabatini Law Firm, LLC
>216 N. Blakely St.
>Dunmore, PA 18512
>Attorney for Plaintiff
>Phone (570) 341-9000
>Facsimile (570) 504-2769
>Email: ecf@bankruptcypa.com
>Bar Number: PA 83831

## CERTIFICATIONS OF SERVICE AND NON-CONCURRENCE

The within document is being served upon counsel for the defendant through the CM/ECF system. Defendant does not concur with the relief requested.

>s/ Carlo Sabatini
>Carlo Sabatini
>Sabatini Law Firm, LLC
>216 N. Blakely St.
>Dunmore, PA 18512
>Attorney for Plaintiff
>Phone (570) 341-9000
>Facsimile (570) 504-2769
>Email: ecf@bankruptcypa.com
>Bar Number: PA 83831